# UNITED STATES BANKRUPTCY COURT
## for the
### Eastern District of Missouri

RECEIVED + FILED

In re _STALEY, James_, Debtor

Case No. _____
Chapter _____

2010 MAY 19 PM 4: 24

CLERK, US BANKRUPTCY COURT
EASTERN DIS...
ST LOUIS, MISSOURI

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

In accordance with Federal Rule of Bankruptcy Procedure 1006, I apply for permission to pay the Filing Fee of $ __274__ in installments, and certify that I am unable to pay the Filing Fee except in installments. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

**COMPLETE THIS SECTION ONLY IF THIS IS A CHAPTER 13 CASE**

Amount paid at time of filing petition - $ __0__

I will pay the balance of the Filing Fee through my Chapter 13 plan. (In a Chapter 13 case, any unpaid balance of the filing fee must be paid through the Chapter 13 plan.)

**COMPLETE THIS SECTION IF THIS IS NOT A CHAPTER 13 CASE**

I propose the following terms for payment of the Filing Fee.*

$_____ (Check One)   ☐ With the filing of the petition   ☐ On or before _____

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition (Federal Rule of Bankruptcy Procedure 1006(b)(2))

**FOR ALL FILERS** - I understand that if I fail to pay any installment when due my bankruptcy case **may be dismissed** without further notice or hearing, and I may not receive a discharge of my debts. I understand that if I am a Chapter 13 debtor, failure to pay any portion of the filing fee through my Chapter 13 plan may result in my bankruptcy case being dismissed and I may not receive a discharge of my debts.

_____  _____    _[signed]_  5-19-10
Signature of Attorney    Date        Signature of Debtor    Date
                                     (In a joint case, both spouses must sign)

_____              _____    _____
Name of Attorney                     Signature of Joint Debtor (if any)    Date

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security Number (Required by 11 U.S.C. § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
ADDRESS

X _____    _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

(L.F. 1 Rev. 06/08)