**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244–4500**

In re

**Debtor(s):**
James E. Staley – See below for reported alias information.
xxx–xx–8730
– See below for reported alias information.

Case No.: 10–45576 –A659
Chapter: 13
Date Filed: 5/19/10
14 – Day Notice
Date Converted:

# ORDER AND NOTICE OF MISSING DOCUMENTS

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**Notice is hereby given that failure to timely file the documents noted below ☑ or file a written request for extension of time within the 14–day period may lead to the dismissal of this case without further notice or hearing from this Court or may lead to other action as noted below.**

- ☐ Summary of Schedules
- ☑ Statistical Summary of Certain Liabilities (failure to file may result in case being closed without discharge)
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Debtor(s) Schedules
- ☐ Statement of Financial Affairs
- ☐ Attorney Fee Election Form
- ☑ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors
- ☑ Summary of Schedules, Schedules A–J, Declaration Concerning Debtor(s) Schedules, and Statement of Financial Affairs.
- ☐ Statement of Corporate Ownership required by Fed. R. Bankr. P. 1007(a)(1) and 7007.1.
- ☐ Statement of Current Monthly Income and Means Test Calculation (Ch. 7)(Form B22A)

☐ Statement of Current Monthly Income (Ch. 11)(Form B22B)
☒ Statement of Current Monthly Income and Disposable Income Calculation (Ch. 13)(Form B22C)
☐ Certificate of Credit Counseling – Exhibit D filed without Certificate attached.

**BY THE COURT:**

*Kathy A Surratt-States*

**U.S. Bankruptcy Judge**

Dated: 5/19/10
St. Louis, Missouri

Rev. 12/09

**Reported Alias Information:**
James E. Staley –
–