UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
St. Louis Division

In Re

**James E. Staley**,

        Debtor,

**Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4**
its successors and assigns,

        Movant.

Case No: **10-45576-659**

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
edmo@km-law.com

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

    COMES NOW William T. Holmes, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters his appearance on behalf of the Movant, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 , in the above styled cause of action and requests notice of all filings.

    Respectfully submitted,

\_\_/s/ William T. Holmes II_____
William T. Holmes II, #1056670; #59759
Jonathon B. Burford, #546304; #59337
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
edmo@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was



filed electronically and/or mailed by U.S. First Class Mail on **May 24, 2010**, to:

James E. Staley
Debtor
33 Maple Ct.
Wentzville, MO 63385

PRO SE

John V. LaBarge, Jr.
Trustee
P.O. Box 430908
St. Louis , MO 63143

Office of U.S. Trustee
U.S. Trustee
111 S. 10th St., Ste. 6353
St. Louis , MO 63102

/s/ Niki Dodson
Niki Dodson

